**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-7230**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MIGUEL VERAS; DAVID VERAS,

Defendants - Appellants.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CR-95-91-MJG, CA-98-390-MJG, CA-98-391-MJG)

───────────────

Submitted:  October 8, 1998          Decided:  October 29, 1998

───────────────

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Miguel Veras, David Veras, Appellants Pro Se.  Richard Charles Kay, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order denying their motion for an extension of time to file their motion under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) and district court's order denying their § 2255 motion. The district court granted a certificate of appealability. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Veras, Nos. CR-95-91-MJG; CA-98-390-MJG; CA-98-391-MJG (D. Md. Apr. 15, 1997 & July 8, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2